DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE A. ROSALES,**
Appellant,

v.

**CASTLE KEY INSURANCE COMPANY,**
Appellee.

No. 4D19-3134

[December 3, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2016-CA-012655-XXXX-MB.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa for appellant.

David B. Shelton of Rumberger, Kirk & Caldwell, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***